disbursements, and the motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LIMPERT BROS., INC., Respondent, v. L. SCHEPP COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY G. MONTGOMERY, Appellant, v. CREDIT ALLIANCE CORPORATION, Respondent.— Order so far as appealed from by plaintiff reversed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAE G. BACHARACH, Respondent, v. JEROME F. BACHARACH, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SAMUEL J. JOSEPH to Compel the DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK to Permit an Inspection of Its Papers, Files, Reports, Records and Proceedings.— Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal by petitioner of application if upon compliance with the rules of the health department he shall be refused the inspection desired. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

P. ROLAND DICKSON, Respondent, v. DEUTSCHE BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of E. ARTHUR TUTEIN, INC., Appellant, to Compel HUDSON VALLEY COKE AND PRODUCTS CORPORATION, a Domestic Corporation, Respondent, to Proceed to Arbitration Pursuant to the Provisions of the Arbitration Law. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Proskauer, JJ., dissent.

In the Matter of the Application of E. ARTHUR TUTEIN, INC., Appellant, to Compel HUDSON VALLEY COKE AND PRODUCTS CORPORATION, a Domestic Corporation, Respondent, to Proceed to Arbitration Pursuant to the Provisions of the Arbitration Law. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDITH DORNBUSCH, Respondent, v. WILLIAM F. DORNBUSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEUMAN H. BORENSTEIN, Appellant, v. ISIDORE SPIEGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLOR S. POLLITT, Appellant, Respondent, v. DAVID C. BROOKS and Another, Respondents, Appellants, Impleaded, etc.— Order affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and. Proskauer, JJ.

ERNST BEHRE and Others, Plaintiffs, v. SECOND RUSSIAN INSURANCE COM-